IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LONNIE MITCHELL,<br><br>    Plaintiff,<br><br>  v.<br><br>CITY OF ROHNERT PARK, ROHNERT PARK DEPARTMENT OF PUBLIC SAFETY, AMIE BREEZE, individually and as Mayor of City of Rohnert Park, BRIAN MASTERSON, individually and as Chief of the Department of Public Safety for City of Rohnert Park, and DOES 1 through 50, inclusive,<br><br>    Defendants.<br>                                             / | No. C 09-03076 WHA<br><br>**ORDER TO SHOW CAUSE** |

Plaintiff Lonnie Mitchell, proceeding *pro se*, filed this action alleging excessive use of force by Rohnert Park police officers. Defendants City of Rohnert Park, Rohnert Park Department of Public Safety, Amie Breeze and Brian Masterson filed a motion to dismiss. The motion is scheduled to be heard on January 21, 2010. Pursuant to Civil Local Rule 7-3, any brief in opposition to the motion was due on December 31, 2009, but no such opposition has been received. Plaintiff is **ORDERED** to respond by **NOON ON THURSDAY, JANUARY 21, 2010**, and show cause for his failure to respond to the motion in accordance with Civil Local Rule 7-3(a) or alternatively to file a statement of nonopposition to the motion as required by Civil Local

Rule 7-3(b). This order to show cause does not constitute permission to file a late opposition. The hearing scheduled for January 21, 2010, is **VACATED**. The Court will schedule a new hearing date later if necessary.

**IT IS SO ORDERED.**

Dated: January 6, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE