UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

LONNIE MITCHELL,

        Plaintiff,

  v.

ROHNERT PARK CITY OF et al,

        Defendant.

Case Number: CV09-03076 WHA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 7, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

David Dibble
Zwerdling Dibble, LLP
123 F Street
Suite C
Eureka, CA 95501

Lonnie Mitchell
524 Bayview Avenue
Millbrae, CA 94030

Dated: January 7, 2010

                              Richard W. Wieking, Clerk
                              By: Dawn Toland, Deputy Clerk