IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LONNIE MITCHELL,<br><br>            Plaintiff,<br><br>    v.<br><br>CITY OF ROHNERT PARK, ROHNERT PARK DEPARTMENT OF PUBLIC SAFETY, AMIE BREEZE, individually and as Mayor of City of Rohnert Park, BRIAN MASTERSON, individually and as Chief of the Department of Public Safety for City of Rohnert Park, and DOES 1 through 50, inclusive,<br><br>            Defendants.<br>                                                                       / | No. C 09-03076 WHA<br><br>**JUDGMENT** |

For the reasons stated in the accompanying order dismissing plaintiff's sole claim in this matter, **FINAL JUDGMENT IS HEREBY ENTERED** in favor of defendants. **THE CLERK SHALL CLOSE THE FILE**.

**IT IS SO ORDERED.**

Dated: August 12, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE